1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY D. PROFFITT,

11              Plaintiff,                    No. CIV S-07-0270 GEB KJM P

12        vs.

13   ATTY'S BURICK, et al.,

14              Defendants.                  FINDINGS & RECOMMENDATIONS

15   _____/

16              Plaintiff is a state prisoner seeking relief pursuant to 42 U.S.C. § 1983.   In other

17   litigation in this court, he has submitted a request to proceed in forma pauperis.  This proceeding

18   was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

19              The in forma pauperis statute permits federal district courts to

20                    authorize the commencement, prosecution or
                      defense of any suit, action or proceeding, civil or
21                    criminal . . . without prepayment of fees or security
                      therefor, by a person who submits an affidavit that
22                    includes a statement of all assets such prisoner
                      possesses that the person is unable to pay such fees
23                    or give security therefor. Such affidavit shall state
                      the nature of the action . . . and affiant's belief that
24                    the person is entitled to redress.

25   28 U.S.C. § 1915(a)(1).  A court may deny leave to proceed in forma pauperis if it appears from

26   the face of the proposed complaint that the action is frivolous.  Minetti v. Port of Seattle, 152

1

F.3d 1113 (9th Cir. 1998).  In determining whether an action is frivolous, the court may "pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless." Neitzke v. Williams, 490 U.S. 319, 327 (1989).  Such allegations include those "describing fantastic or delusional scenarios, claims with which federal district judges are all too familiar." Neitzke, 490 U.S. at 328; see also Denton v. Hernandez, 504 U.S. 25, 33 (1992) (finding of frivolousness appropriate when allegations are irrational or wholly incredible).

In Proffitt v. Garcia, Civ. No. S-06-2147 FCD KJM P, plaintiff made essentially the same allegations as are included in this complaint, allegations which this court found did not state a claim.   In both cases, plaintiff faults various lawyers for their inaction when representing plaintiff on criminal charges, and his ex-wife and one John Bishop for giving Mandora Proffitt a sex game and letting boys into Mandora's room.   These claims, filed after this court has determined that they were not cognizable in a civil rights action, are frivolous.

IT IS HEREBY RECOMMENDED that plaintiff's request to proceed in forma pauperis be denied and the action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  May 29, 2007.

_____
U.S. MAGISTRATE JUDGE

2/prof0270.56

2